# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv87

| | |
|---|---|
| MICHAEL H. PARKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KRAFT FOODS GLOBAL, INC., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to determine the status of mediation.

By Order entered November 20, 2008, the parties were to have conducted mediation on or before January 26, 2009. [Doc. 41]. That deadline has passed and the parties have not filed a report of mediation to the Court.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the parties shall file a mediation report.

**IT IS FURTHER ORDERED** that in the event mediation has not occurred, within five (5) business days from entry of this Order, the parties shall file a joint pleading identifing the mediator in this matter as well as notifying the Court of the date set for mediation.

**IT IS FURTHER ORDERED** that the scheduled date for mediation shall not exceed sixty (60) days from the date of entry of this Order.

Martin Reidinger
United States District Judge

Signed: February 24, 2009