IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:07cv87

| | |
|---|---|
| MICHAEL H. PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRAFT FOODS GLOBAL, INC., KRAFT FOODS | ) |
| NORTH AMERICA, INC. SEVERANCE PAY PLAN | ) |
| FOR SALARIED EXEMPT EMPLOYEES; and | ) |
| KRAFT FOODS GLOBAL, INC. ADMINISTRATIVE | ) |
| COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

For the reasons set forth in the Order entered on December 21, 2009 [Doc. 83] and in the Memorandum and Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants and against the Plaintiff except as to the claim which was the subject of the Stipulation of Dismissal [Doc. 85] filed by the parties on February 16, 2010, and all

claims other than those previously dismissed by stipulation are hereby

**DISMISSED** with prejudice.

Signed: May 12, 2010

Martin Reidinger
United States District Judge